62,312-01,02

June 24, 2015

COURT OF CRIMINAL APPEALS
   P.O. BOX 12308
AUSTIN, TX 78711

WR-62,312-01
WR 62,312-02
TRIAL COURT No. 85321-A
TRIAL COURT No. 85321-B

CLERK:

MY NAME IS DENNIS MOUTON III AND I AM PRESENTLY INCARCERATED IN T.D.C.J ON THE EASTHAM UNIT. I AM WRITING BECAUSE I'VE LOST THE RULING ON MY CASES WR-62,312-01 AND WR-62,312-02, COULD YOU PLEASE ME THE RULINGS ON BOTH OF MY CASES; ALSO COULD YOU PLEASE TELL ME THE STATUS OF BOTH OF THEM AS WELL.

   I DO THANK YOU VERY MUCH FOR YOUR ASSISTANCE AND DUE DILIGENCE CONCERNING THIS MATTER.

SINCERELY,

Dennis Mouton III

DENNIS MOUTON III #1287667
26665 PRISON RD. #1
LOVELADY, TX 75851

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk